IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JANSEN MANFREDINI, <br><br> Plaintiff, <br><br> v. <br><br> QUICK TECHNOLOGIES, INC., D/B/A SAGE, DAVID NATINSKY, ERIC NATINSKY, BILLE FORMAN, <br><br> Defendants. | CIVIL ACTION NO. 3:21-cv-2886-K |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

To the Honorable Judge Kinkeade:

Plaintiff Jansen Manfredini ("Plaintiff"), through counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), voluntarily dismisses with prejudice all of Plaintiff's claims against Defendants Quick Technologies, Inc., D/B/A SAGE, David Natinsky, Eric Natinsky, and Bille Forman ("Defendants") (Plaintiff and Defendants collectively referred to as the "Parties"). The Parties have entered into a settlement agreement resolving the underlying issues in the above-captioned case.

The Parties stipulate and agree to the dismissal of the above-captioned case with prejudice and that each party will bear its own attorney fees, costs, and expenses in this matter.

December 14, 2023                                   Respectfully submitted,

*/s/ Ericha R. Brown*
Michael Y. Kim
State Bar No. 24039960
mkim@mkimlegal.com
Ericha Ramsey Brown
State Bar No. 24051952
erbrown@mkimlegal.com

**THE MICHAEL KIM LAW FIRM, PLLC**
4236 W. Lovers Lane
Dallas, Texas 75209
(214) 357-7533
(214) 357-7531 Facsimile

**ATTORNEYS FOR PLAINTIFF**

*/s/ Laura Merritt*
Laura M. Merritt
Texas Bar No. 00791252
EM:  laura@boulettegolden.com
Steven H. Garrett
Texas Bar No. 24073473
EM: steven@boulettegolden.com
**BOULETTE GOLDEN & MARIN LLP**
2700 Via Fortuna, Suite 250
Austin, Texas 78746
PH:  (512) 732-8903
FX:  (512) 732-8905

William E. Hammel
Texas Bar No. 24036714
EM: billy@hammellaw.net
**Hammel Law, PLLC**
325 North St. Paul Street, Suite 3100
Dallas, TX 75201
PH:   (214) 894-4494

**ATTORNEYS FOR DEFENDANTS**

**CERTIFICATE OF SERVICE**

      This is to certify that on December 14, 2023, a true and correct copy of the foregoing has been furnished to all parties of record via the Court's electronic filing service in accordance with the Federal Rules of Civil Procedure.

Laura M. Merritt
Texas Bar No. 00791252
EM: laura@boulettegolden.com
Steven H. Garrett
Texas Bar No. 24073473
EM: steven@boulettegolden.com
**Boulette Golden & Marin LLP**
2700 Via Fortuna, Suite 250
Austin, Texas 78746
PH: (512) 732-8903
FX: (512) 732-8905

William E. Hammel
Texas Bar No. 24036714
EM: billy@hammellaw.net
**Hammel Law, PLLC**
325 North St. Paul Street, Suite 3100
Dallas, TX 75201
PH: (214) 894-4494

                                                          */s/ Ericha R. Brown*
                                                          Counsel for Plaintiff